STARK ET AL., APPELLANTS, *v.* ARN ET AL., APPELLEES.

[Cite as *Stark v. Arn* (1993), 66 Ohio St.3d 354.]

(No. 93–212—Submitted April 21, 1993—Decided May 19, 1993.)

---

*Freund, Freeze & Arnold* and *Neil F. Freund,* for appellants.

*Jacobson, Maynard, Tuschman & Kalur, Gregory C. Gibson* and *Pamela Pantages; Jenks, Surdyk & Cowdrey* and *Susan Blasik–Miller,* for appellee Kenneth D. Arn, M.D.

*Bieser, Green & Landis* and *John F. Haviland,* for appellees Steven L. Schaerer, M.D., and Dell Park Medical Group, Inc.

---

The motion to certify the record is allowed and the judgment of the court of appeals is reversed on authority of *Rockey v. 84 Lumber Co.* (1993), 66 Ohio St.3d 221, 611 N.E.2d 789.

The cause is remanded to the trial court for a new trial.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.